IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS JULIAN, JR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | 2:10cv1503 |
| v. | ) | Electronic Mail |
| | ) | |
| COMMONWEALTH OF | ) | |
| PENNSYLVANIA; THE ATTORNEY | ) | Judge Cercone / |
| GENERAL OF THE STATE OF | ) | Magistrate Judge Lenihan |
| PENNSYLVANIA; and THE DISTRICT | ) | |
| ATTORNEY OF THE COUNTY OF | ) | |
| ALLEGHENY | ) | |
| | ) | |
| Respondents. | | |

**MEMORANDUM ORDER**

On November 9, 2010, the above captioned case was initiated by the filing of a Petition for Writ of Habeas Corpus (ECF No. 1) and was referred to a united states magistrate judge for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

The magistrate judge filed a Report and Recommendation on November 22, 2010 (ECF No. 3) recommending that the Petition for Writ of Habeas Corpus be dismissed as without prejudice and that a certificate of appealability be denied. On December 8, 2010, and December 13, 2010, Petitioner filed Objections to the Report and Recommendation (ECF Nos. 4-5). Petitioner's objections do not undermine the recommendation of the magistrate judge.

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, and the Objections thereto, the following order is entered:

AND NOW, this 22nd day of December, 2010;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus is DISMISSED without prejudice.

IT IS FURTHER ORDERED that a certificate of appealability is DENIED.

IT IS FURTHER ORDERED that the Report and Recommendation (ECF No. 3) is ADOPTED as the Opinion of the Court.

IT IS FURTHER ORDERED that the Clerk of Court mark this case CLOSED.

AND IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

s/ David Stewart Cercone
David Stewart Cercone
United States District Judge

cc: Thomas Julian, Jr.
Inmate #93198
Allegheny County Jail
950 Second Avenue
Pittsburgh, PA 15219-3100